UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JESSIE HILL**
**ADC #104136**                                                                                                                    **PLAINTIFF**

v.                                           CASE NO. 4:11cv00136 BSM

**ESTATE OF SHERMAN BELL, Detective,**
**Camden City Police Department et al.**                                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 1st day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE